## (September 20, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY SMITH, Appellant.—Judgment, Supreme Court, Bronx County, rendered on March 20, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Sandler, Sullivan, Lane and Lupiano, JJ.

■ JUAN DE LEON, as Administrator of the Estate of RUBEN DE LEON, Deceased, Respondent, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, Appellant.—Motion granted only to the extent of declaring that the amount of $53,000 is allocable to the wrongful death cause of action with the balance to the conscious pain and suffering cause of action and directing that the amended judgment be further amended so as to award interest from the date of death on the $53,000 only. Concur—Sullivan, J. P., Markewich, Lupiano and Yesawich, JJ.

■ In the Matter of JACK WASSERMAN, an Attorney.—Motion granted and respondent reinstated as an attorney and counselor at law in the State of New York. Concur—Murphy, P. J., Fein, Sandler, Markewich and Lupiano, JJ.